UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                      Petitioners,                      19 **CIVIL** 5286 (PGG)

        -against-                              **JUDGMENT**

LINCRAFT CONTRACTING OF NASSAU,
INC.,
                      Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 24, 2020, the Petition to confirm the arbitration award is granted. Judgment is entered confirming the arbitration award in the amount of $133,699.69, with interest accruing at 7.5% percent as of March 25, 2019, in the amount of $14,230.78, plus $990.00 in attorneys' fees and $400 in costs. Post-judgment interest on the entire amount will accrue from the date of the judgment at the rate provided by 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:**  New York, New York
         August 24, 2020

                                            **RUBY J. KRAJICK**

                                                **Clerk of Court**
                            **BY:**
                                                **Deputy Clerk**